**Gary R. ROTH, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

No. 02–1447.

United States Court of Appeals, Seventh Circuit.

Submitted Aug. 6, 2002.

Decided Aug. 9, 2002.

Before BAUER, EASTERBROOK, and KANNE, Circuit Judges.

### Order

In this collateral attack, based on *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Gary Roth contends that a failure to allege drug quantity in an indictment is a "jurisdictional" defect. After Roth filed his brief, the Supreme Court rejected that contention.

See *United States v. Cotton,* —— U.S. ——, 122 S.Ct. 1781, 152 L.Ed.2d 860 (2002). Moreover, we have held that *Apprendi* does not apply retroactively on collateral review. See *Curtis v. United States,* 294 F.3d 841 (7th Cir.2002). Accordingly, the judgment of the district court is affirmed.